UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORE FOODS<br><br>        Plaintiff,<br><br>    v.<br><br>MONTANA MONSTER MUNCHIES, et al.,<br><br>        Defendants. | Case No. 14-cv-04855-LB   (ADR)<br><br>**ORDER RE: ATTENDANCE AT MEDIATION**<br><br>Date:  May 26, 2015<br>Mediator:  Martin Quinn |

IT IS HEREBY ORDERED that the request to excuse defendants Montana Gluten Free Processors, LLC; Gary Iverson; Richard Powell; and Montana Monster Munchies, LLC, and defendants' insurer representative from appearing in person at the May 26, 2015, mediation before Martin Quinn is GRANTED. The excused parties are required to actively participate by telephone throughout the mediation as set forth in ADR L.R. 6-10(f).

**IT IS SO ORDERED**.

Dated: May 18, 2015

Maria-Elena James
United States Magistrate Judge